UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KATRINA JONES,

        Plaintiff,

    -v-                               10-CV-0637F
                                             **ORDER**

PAROLE OFFICER DANIEL HIGGINS,
et al.,

        Defendants.

---

On December 20, 2010, the Court, *inter alia*, granted plaintiff permission to proceed *in forma pauperis*, dismissed plaintiff's claims against the Erie County Holding Center with prejudice, dismissed plaintiff's claims against the County of Erie with leave to file an amended complaint against the County and/or individual deputy sheriffs or employees whom plaintiff alleges were personally involved in the alleged constitutional violations at the Erie County Holding Center--*i.e.*, unsanitary conditions and denial of medical treatment--, and requested the United States Attorney's Office, pursuant to Valentin v. Dinkins, 121 F.3d 72, 75 (2d Cir. 1997), to ascertain the full name of defendant "Agent Vanessa," and an address at which this defendant can be served. (Docket No. 7.)

The United States Attorney's Office has responded to the Order and identified the defendant as "Vanessa Paris," with a business address of One Niagara Place, Buffalo, New York 14202.

Accordingly, the Clerk of the Court is hereby directed to amend the caption to include the full name of this defendant "Agent Vanessa Paris," and, as set forth in the Court's prior Order (Docket No. 7, at 9), if plaintiff does not file an amended complaint as directed by January 19, 2011, the Clerk of the Court is directed to serve the Summons, Complaint, the Order entered December 20, 2010 (Docket No. 7) and this Order, upon defendants Parole Officers Daniel Higgins and Milburn, and Agent Vanessa Paris, without plaintiff's payment thereof, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

**SO ORDERED.**

                                        S/ MICHAEL A. TELESCA
                                        MICHAEL A. TELESCA
                                        United States District Judge

Dated:    January 13, 2011
            Rochester, New York