UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

KATRINA JONES,

          Plaintiff,

         -v-

DANIEL HIGGINS, et al.,

          Defendants.

_____

**DECISION AND ORDER**
**10-CV-0637S(F)**

FILED
APR 1 7 2013
MICHAEL J. ROEMER, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NY

      By Order filed March 1, 2013, plaintiff was directed to show good cause in writing for her failure to serve the complaint in this action pursuant to Fed.R.Civ.P. 4(m). (Docket No. 13.) Plaintiff has failed to respond to this order. Accordingly, because plaintiff has demonstrated no good cause for her failure to effect service, this action is hereby dismissed without prejudice.

      I hereby certify that any appeal from this judgment would not be taken in good faith, and deny leave to appeal as a poor person pursuant to 28 U.S.C. § 1915(a). Plaintiff must file any notice of appeal with the Clerk's Office, United States District Court, Western District of New York within 30 days of the date of judgment in this action. Requests to proceed on appeal as a poor person must be filed with the United States Court of Appeals for the Second Circuit in accordance with the requirements of Rule 24 of the Federal Rules of Appellate Procedure.

      IT IS SO ORDERED.

                                  _____
                                    DAVID G. LARIMER
                                  United States District Judge

DATED:    April 15, 2013
        Rochester, New York